James CARROLL, Appellant,

v.

SOUTHWESTERN BELL CORPORA-
TION; Southwestern Bell Telephone
Company; Sickness and Accident Dis-
ability Benefits Plan, Medical Plan;
Group Life Insurance Plan; The Bene-
fit Plan Committee of the Sickness and
Accident Disability Benefits Plan; The
Employee Benefit Committee of the
Pension Plan, Appellees.

No. 92–3189.

United States Court of Appeals,
Eighth Circuit.

Jan. 11, 1993.

JOHN R. GIBSON, dissenting.

I respectfully dissent.

This case involves a dispute over attor-
neys' fees in an ERISA claim that was
settled. All of the settlement papers in the
ERISA claim were sealed by the district
court.

I feel strongly that the business of the
courts is public business. I would require
the parties to air their dispute in public.
This case does not involve trade secrets,
just a desire to keep the terms of a settle-
ment secret. This the parties may do, but
when they ask the court's blessing, they
ask too much. I have serious concerns
about propriety of the district court order
sealing the terms of the settlement. This
court should not perpetuate this ruling.